Signed July 13, 2015

William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case Number: 11-07128- LA 11 |
| Berkeley Delaware Court, LLC | Chapter 11 |
| Debtor | AP Number: 13-4219 |
| First Citizens Bank & Trust, Co., et al., | |
| Plaintiff | |
| Emil Shokohi | |
| Defendant | |

**BANKRUPTCY JUDGE'S RECOMMENDATION THAT APPEAL BE DISMISSED**

1. Appellant has failed to complete the record on appeal with the clerk of the Bankruptcy Court by supplying copies of designated record or paying for their reproduction as required by Bankruptcy Rule 8006.

2. Pursuant to Rule 8007-1 ( c) (2) of the Local Rules of the United States Bankruptcy Court for the Northern District of California, the undersigned bankruptcy judge recommends that this appeal be dismissed.

3. Local Rule 8007-1 ( c) (2) provides that "If the applicant shall fail to perfect the appeal in the manner prescribed by Bankruptcy Rule 8006, the Bankruptcy Court may, on its own motion,

1 transmit the notice of appeal to the district court with a recommendation that the appeal be
2 dismissed."
3     4.) In accordance with Local Rule 8007-1(c)(2), the Clerk of Court for the
4 Northern District of California Bankruptcy Court Oakland Division shall serve a copy of
5 this Recommendation on all interested parties.

**END OF DOCUMENT**